ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

$50 FEE PAID
A 718587O
FEE NOT PAID
(SEND LETTER)

2002 JUN -7 P 3:29

CLERK'S OFFICE
AT BALTIMORE
DEPUTY

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

Tech Data Finance SPV, Inc.
   Plaintiff(s)

vs.                                        Case No.: MJG 02-1561

ECS Technologies, Lic.     *
   Defendant(s)
                 ******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Christopher B. Lord, am a member in good standing of the bar of this Court. My bar number is 26117. I am moving the admission of Joshua W. Cohen to appear *pro hac vice* in this case as counsel for Tech Data Finance SPV, Inc.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| State of Connecticut | November 18, 1994 |
| State of New York | September 23, 1997 |
| District of Connecticut | March 6, 1995 |
| Southern District of New York | April 16, 2001 |
| Northern District of Illinois | May 23, 2000 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                              Page 1 of 2

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the undersigned movant or _____Howard Feldman_____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *signature* | *signature* Joshua Cohen/CBL |
| Signature | Signature |
| Christopher B. Lord | Joshua W. Cohen |
| Printed Name | Printed Name |
| Whiteford, Taylor & Preston, LLP | Cummings & Lockwood LLC |
| Firm | Firm |
| Seven Saint Paul Street | 700 State Street<br>New Haven, CT 06511 |
| Address | Address |
| (410) 347-8700 | (203) 782-3052 |
| Telephone Number | Telephone Number |
| (410) 347-9420 | (203) 786-8540 |
| Fax Number | Fax Number |

Prid 28SC17
Plid 116355

*********************************************************************

## ORDER

☒ GRANTED    ☐ DENIED

June 6, 2002                    *signature*
Date                            United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2002, a copy of the foregoing Motion for Admission *Pro Hac Vice* was served by first class mail upon the following:

>Eileen Dorsey, President
>ECS Technologies, Inc.
>1530 Caton Center Drive
>Baltimore, Maryland 21227

_____
Christopher B. Lord

*1428287*