FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUN 20 P 4: 15

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TECH DATA FINANCE SPV., INC.          *

              Plaintiff                *

       vs.                             *    CIVIL ACTION NO. MJG-02-1561

ECS TECHNOLOGIES, INC.                 *

              Defendant                *

*       *       *       *       *       *       *       *       *

## SCHEDULING ORDER

     This scheduling order is being entered pursuant to Local
Rule 103.9.  The schedule will not be changed except for good
cause.

## I. DEADLINES

| | |
|---|---|
| Joint request for early settlement/ADR conference (This request will not postpone discovery unless otherwise ordered). | July 3, 2002 |
| Initial report whether there is unanimous consent to proceed before a United States Magistrate Judge | July 3, 2002 |
| Moving for joinder of additional parties and amendment of pleadings | August 5, 2002 |
| Plaintiff's Rule 26(a)(2) disclosures re experts | August 19, 2002 |
| Defendant's Rule 26(a)(2) disclosures re experts | September 17, 2002 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | October 1, 2002 |

| | |
|---|---|
| **Rule 26(e)(2) supplementation of disclosures and responses** | **October 8, 2002** |
| **Discovery deadline; submission of status report** | **November 1, 2002** |
| **Requests for admission** | **November 8, 2002** |
| **Dispositive pretrial motions deadline** | **December 2, 2002** |

## II.  DISCOVERY

### Initial Disclosures

This is an action in which Fed. R. Civ. P. 26(a)(1) disclosures need not be made.

### Discovery Conference

This action is exempted from the requirements of the first sentence of Fed. R. Civ. P. 26(d) and from Fed. R. Civ. P. 26(f). However, you are encouraged to confer with one another immediately in order to (a) identify the issues, (b) set a discovery plan, (c) determine if the case can be resolved before your clients incur further litigation expense and (d) establish a cordial professional relationship among yourselves.

### Procedure

All the provisions of Local Rule 104 apply, including the following:

a.  All written discovery requests must be served in time to assure that they are answered before the discovery deadline.  An extension of the deadline will not be granted because of unanswered discovery requests.

b.  The existence of a discovery dispute as to one matter does not justify delay in taking any other discovery.  The filing of a motion to compel or a motion for a protective order will not result in a general extension of the discovery deadline.

2

     c.  No discovery materials, including Rule 26(a)(1) and Rule 26(a)(2) disclosures, should be filed with the court.  If they are, they will not be returned by the Clerk but will be retained for seven days.  Thereafter, unless retrieved by the filing party, they will be destroyed without further notice.

     d.  Motions to compel shall be filed in accordance with Local Rule 104.8.

     e.  Please be familiar with the Discovery Guidelines of this Court which are Appendix A to the Local Rules.  Appendix D contains guidelines for form discovery requests and confidentiality orders that may be helpful to you.

### III.  STATUS REPORT

     The parties shall file in chambers only (not with the Clerk) on the day of the discovery deadline a status report covering the following matters:

     a.  Whether discovery has been completed;

     b.  Whether any motions are pending;

     c.  Whether any party intends to file a dispositive pretrial motion;

     d.  Whether the case is to be tried jury or non-jury and the anticipated length of trial;

     e.  A certification that the parties have met to conduct serious settlement negotiations; and the date, time and place of the meeting and the names of all persons participating therein;

     f.  Whether each party believes it would be helpful to refer this case to another judge of this court for a settlement or other ADR conference, either before or after the resolution of any dispositive pretrial motion;

     g.  Whether all parties consent, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge conduct any further proceedings in this case, either before or after the resolution of any dispositive pretrial motion, including trial (jury or non-jury) and entry of final judgment.

3

      h.  Any other matter which you believe should be brought to the court's attention.

### IV.  DISPOSITIVE PRETRIAL MOTIONS

      If more than one party intends to file a summary judgment motion, the provisions of Local Rule 105.2.c apply.

      After motions and responses thereto have been filed, I will advise you if a hearing is to be scheduled.

### V.  STATUS AND PRETRIAL CONFERENCES

      I will set a scheduling conference after the status report has been filed unless that report indicates that one or more of you intends to file a dispositive pretrial motion.  In the latter event I will not set a scheduling conference until after I have ruled upon the motion (or the dispositive pretrial motion deadline passes without the anticipated motion being filed).

      At the scheduling conference:

      a.  I will set a deadline for submitting the pretrial order, motions in limine, proposed voir dire questions and proposed jury instructions;

      b.  I will set a pretrial conference date and a trial date; and

      c.  I will ask you whether a settlement conference or other ADR conference with a judicial officer would be useful, and whether all parties would consent to trial (jury or non-jury) before a U.S. Magistrate Judge.  Please confer with your client about these matters before the conference so that you are in a position to respond.

### VI.  ADMINISTRATIVE MATTERS

      Any inquiries concerning the schedule should be directed to my chambers, not to the Clerk's Office.

      Courtesy copies of any motions or other papers filed with the Clerk should not be provided to chambers without my permission.  The original and one copy of all motions and memoranda should be filed with the Clerk, except that two copies

of any discovery motions and memoranda should be filed with the
Clerk.  See Local Rule 105.1.

## VII. ATTORNEYS' FEES

In any case where attorneys' fees may be sought by the
prevailing party, counsel must be familiar with the provisions of
Local Rule 109.2 and the Rules and Guidelines for Determining
Lodestar Attorneys' Fees in Civil Rights and Discrimination Cases
which are Appendix B to the Local Rules.

## VIII.   COMPLIANCE WITH LOCAL RULES

The court will demand compliance with the Local Rules.  If
you need to obtain a copy of the Local Rules, they are available
on our website at www.mdd.uscourts.gov, or  for purchase from the
following companies:

The Daily Record       Gremlin Press         Lexis Law Publishing
(410) 752-3849         (410) 255-8811        1-804-972-7600

          Rules Service Co.     West Group
          (301) 424-9402        1-800-328-9352

Date:  June 1, 2002

Marvin J. Garbis
United States District Judge