**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| TECH DATA FINANCE SPV, INC. | * | |
| Plaintiff | * | |
| v. | * | Civil Court Action No: MJG 02-1561 |
| ECS TECHNOLOGIES, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court, having considered Plaintiff's Motion To Extend Time To File Plaintiff's Reply Brief and any opposition thereto, this **15th** day of July, 2002, hereby **GRANTS** the Motion and **ORDERS** that Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment is due on July 26, 2002.

Marvin J. Garbis
United States District Judge