FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUL 31  P 3:17

CLERK'S OFFICE
AT BALTIMORE
_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TECH DATA FINANCE SPV, INC.        *

       Plaintiff                 *

    vs.                          *   CIVIL ACTION NO. MJG-02-1561

ECS TECHNOLOGIES, INC.             *

       Defendant                 *

*   *   *   *   *   *   *   *   *

## JUDGMENT ORDER

By separate Order issued this date, the Court has granted summary judgment to Plaintiff.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Plaintiff Tech Data Finance SPV, Inc. against Defendant ECS Technologies, Inc. in the amount of $228,427.27 of principal plus prejudgment interest of $34,061.66 for a total of $262,488.93 plus judgment interest and reasonable attorneys' fees with costs.

2. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure

SO ORDERED this _31st_ day of July, 2002.

                                                          Marvin J. Garbis
                                        United States District Judge