```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

TECH DATA FINANCE SPV, INC.    *

      Plaintiff            *

    vs.                       *   CIVIL ACTION NO. MJG-02-1561

ECS TECHNOLOGIES, INC.         *

      Defendant            *

\*     \*     \*     \*     \*     \*     \*     \*     \*

## MEMORANDUM AND ORDER

The Court has before it Plaintiff's Statement of Expenses and Fees to which no timely opposition has been filed. Under these circumstances, the Court will grant the Defendant its rearrested amount of expenses and fees.

Accordingly:

1. Plaintiff's Request for an award of $13,000.00 of expenses and fees is GRANTED.

2. A Supplemental Judgment shall be issued by separate Order.

SO ORDERED THIS 23rd DAY OF October, 2002

                                    _____
                                    Marvin J. Garbis
                                  United States District Judge