IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TECH DATA FINANCE SPV, INC.   *

    Plaintiff             *

    vs.                   *   CIVIL ACTION NO. MJG-02-1561

ECS TECHNOLOGIES, INC.        *

    Defendant             *

\*    \*    \*    \*    \*    \*    \*    \*    \*

## SUPPLEMENTAL JUDGMENT ORDER

By separate Order issued this date, the Court has granted Defendant's request for an award of fees and expenses.

Accordingly:

1. A Supplemental Judgment shall be, and hereby is, entered in favor of Plaintiff Tech Data Finance SPV, Inc. against Defendant ECS Technologies, Inc. for costs, including attorneys' fees, in the amount of $13,000.00 plus judgment interest in addition to the amount previously awarded Plaintiff in the Judgment Order.

2. The Judgment of July 31, 2002 remains in full force and effect.

SO ORDERED this 23rd day of October, 2002.

_____
Marvin J. Garbis
United States District Judge